HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY D. FOWLER,<br><br>           Plaintiff,<br><br>      v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al,<br><br>           Defendants.<br>_____<br>MARY PARSONS,<br><br>           Counterclaimant,<br><br>      v.<br><br>BILLY D. FOWLER,<br><br>           Counterdefendant. | Case No. C07-5589RBL<br><br>ORDER |

   THIS MATTER is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal [Dkt. #44][1]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

   Federal Rule of Appellate Procedure 24(a)(1) requires that a party who seeks to appeal *in forma pauperis* "must attach an affidavit" that demonstrates his indigency, "claims an entitlement to redress," and

---

[1] Because this case was removed to this Court, Fed. R. App. P. 24(a)(3) does not apply. If the Circuit Court holds that the rule applies, this Court certifies that the appeal is taken in good faith. Fed. R. App. P. 24(a)(3)(A).

ORDER
Page - 1

"states the issues that the party intends to present on appeal." Fed. R. App. P. 24 (a)(1)(A)-(C). Plaintiff has met the requirement of proving his indigency; however, he has failed to attach an affidavit that claims redress or sets forth the issues on appeal. The application to proceed *in forma pauperis* on appeal is **DENIED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, to any party appearing pro se and to the United States Court of Appeals for the Ninth Circuit.

Dated this 28th day of January, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE